IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Robert Zammiello, | ) | Civil Action Number: 3:11-713-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **OPINION AND ORDER** |
| | ) | **GRANTING MOTION TO** |
| Image Point Inc., NW Sign Industries, | ) | **WITHDRAW AS COUNSEL** |
| Philadelphia Sign, and Chase Bank, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| Philadelphia Sign, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| -versus- | ) | |
| | ) | |
| Chase Bank, Image Point Inc., and NW | ) | |
| Sign Industries, | ) | |
| | ) | |
| Counter-Defendants. | ) | |
| _____ | ) | |

**Withdrawal of Counsel.** This matter is before the court on motion of Plaintiff's counsel, Stephen Jahue Moore, to withdraw. Dkt. No. 22. Neither Defendants nor Plaintiff have responded to counsel's motion, either in support or opposition, and the time for doing so has expired. From letters filed by Plaintiff's counsel, it further appears that Plaintiff has picked up his file from his attorney's office. Under these circumstances, the court grants the motion to withdraw.

**Service of Orders.** The Clerk of Court is directed to serve a copy of this order on Plaintiff. In addition, Mr. Moore is directed to serve a copy of this order and the most recent scheduling order on Plaintiff, together with a cover letter explaining that it is now Plaintiff's responsibility to comply

1

with all court orders and governing rules. Withdrawing counsel shall have no further responsibilities to the court with respect to this action.

**Referral to Magistrate Judge.** Pursuant to Local Civil Rule 73.02(B)(2)(e), DSC, this matter is hereby referred to a United States Magistrate Judge for all further pretrial proceedings, including the entry of a modified Scheduling Order, if necessary.

**Responsibilities of Plaintiff.** Unless and until an attorney appears on Plaintiff's behalf, he shall proceed as his own attorney ("pro se"). As a pro se litigant, Plaintiff is responsible for compliance with all court orders as well as the Federal Rules of Civil Procedure and Local Civil Rules of this district. These rules, which are available on the court's website (scd.uscourts.gov), impose duties including but not limited to duties to serve timely responses to discovery and motions. Failure to cooperate in discovery or to comply with deadlines or other directives set by rules or contained in orders issued by the undersigned or the United States Magistrate Judge to whom this case is assigned may result in dismissal of this action.

Plaintiff must place the Civil Action Number ("C/A No.") listed above on any document provided to this court in connection with this case. Any future filings made by Plaintiff in this case must be sent to the Clerk's Office in Columbia, South Carolina (**901 Richland Street, Columbia, South Carolina 29201**).

All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. *Pro se* litigants, such as Plaintiff, shall not use the "s/typed name" format used in the Electronic Case Filing System.

Plaintiff is **ORDERED** to keep the Clerk of Court advised in writing (**901 Richland Street, Columbia, South Carolina 29201**) of any change in address, regardless of the reason for the

change.  Any address change shall be filed by the Clerk of Court, which will provide other parties with the same information.  If, as a result of Plaintiff's failure to comply with this Order, Plaintiff fails to meet a deadline set by this court or applicable rules, this matter may be dismissed for failure to comply with this Order.  Failure to keep the court informed of address changes will not be excused.

Plaintiff's attention is directed to the attached page regarding important filing information.

**IT IS SO ORDERED**.

                                                s/ Cameron McGowan Currie
                                                CAMERON MCGOWAN CURRIE
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 30, 2011

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY
## WARNING TO PRO SE PARTY OR NONPARTY FILERS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

**CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Office of the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

   **(a) Social Security and Taxpayer identification numbers.** If an individual's social security
   number or a taxpayer identification number must be included in a document, the filer may include
   only the last four digits of that number.

   **(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer
   may include only the initials of that child.

   **(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may
   include only the year of birth.

   **(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include
   only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (Protective Orders).